IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KATIE COLE, LEAH DAWSON,        )
and KRISTY HOWARD,              )
individually and on behalf      )
of all others similarly         )
situated,                       )
                                )
     Plaintiffs,                )
                                )    CIVIL ACTION NO.
     v.                         )      2:09cv1143-MHT
                                )          (WO)
USA TRAVEL CENTERS, LLC         )
and RAY McCULLOUGH,             )
                                )
     Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs Katie Cole, Leah Dawson, and Kristy Howard and defendants USA Travel Centers, LLC and Ray McCullough's joint motions for approval of settlement (Doc. Nos. 36 and 44) are granted and the settlement is approved.

(2) A consent judgment is entered against defendant USA Travel Centers, LLC and in favor of plaintiffs Katie

Cole, Leah Dawson, and Kristy Howard as well as the other recipients in the amount of $ 54,000, as set out in the memorandum opinion.

(3) Pursuant to the settlement agreement, this lawsuit is dismissed with prejudice in all other respects, with costs taxed as paid.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of May, 2011.

                       /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE